FORM 26. Docketing Statement                                  Form 26 (p. 1)
                                                                  July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 2024-1541

**Short Case Caption:** Netflix, Inc. v. DivX, LLC

**Filing Party/Entity:** Netflix, Inc.

**Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| P.T.A.B. | IPR2020-00558 | Patent |

**Relief sought on appeal:** ☐ None/Not Applicable

Reversal of the Patent Trial and Appeal Board's decision that claims 1-24 of U.S. Patent No. 10,225,588 are not unpatentable.

**Relief awarded below (if damages, specify):** ☐ None/Not Applicable

Claims 1-24 of U.S. Patent No. 10,225,588 are not unpatentable.

**Briefly describe the judgment/order appealed from:**

Final written decision that claims 1-24 of U.S. Patent No. 10,225,588 are not unpatentable.

**Nature of judgment (select one):**          **Date of judgment:** 2/22/24

☒ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain) _____

FORM 26. Docketing Statement                                                                Form 26 (p. 2)
                                                                                                                                                                                     July 2020

**Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued.** ☐ None/Not Applicable

Netflix, Inc. v. DivX, LLC, No. 2022-1083 (Fed. Cir.) (Taranto, J. joined by Newman & Reyna, JJ.)

**Issues to be raised on appeal:** ☐ None/Not Applicable

Whether the Patent Trial and Appeal Board incorrectly ruled that claims 1-24 of U.S. Patent No. 10,225,588 are not unpatentable.

**Have there been discussions with other parties relating to settlement of this case?**

☑ Yes     ☐ No

**If "yes," when were the last such discussions?**

    ☑ Before the case was filed below
    ☐ During the pendency of the case below
    ☐ Following the judgment/order appealed from

**If "yes," were the settlement discussions mediated?**    ☐ Yes    ☑ No

**If they were mediated, by whom?**

N/A

**Do you believe that this case may be amenable to mediation?** ☐ Yes    ☐ No

**Explain.**

Appellant remains open to discussion, but does not believe mediation would be productive at this time.

**Provide any other information relevant to the inclusion of this case in the court's mediation program.**

None.

Date: 3/20/24                      Signature: /s/ Mark C. Fleming

                                                         Name: Mark C. Fleming

Save for Filing